PROB 7A
(Rev. 9/00)

**Conditions of Probation and Supervised Release**

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF UTAH**

FILED
CLERK U.S. DISTRICT COURT
-4 FEB 02 PM 4:5:
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

| | | |
|---|---|---|
| Name: | Francis Hall | Docket No.: 2:01-CR-00331-001-W |
| Address | 13672 South 2260 West Riverton, Utah 84065 | |

Under the terms of this sentence, the defendant has been placed on probation by the Honorable David K. Winder, United States District Judge for the District of Utah. The defendant's term of supervision is for a period of sixty (60) months, commencing December 17, 2001.

While on probation, the defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance.

If the judgment imposed a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with any schedule of payments set forth in the Criminal Monetary Penalties sheet of the judgment. In any case, the defendant should cooperate with the probation officer in meeting any financial obligations.

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons (supervised release cases only).

[ X ] The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

**For offenses committed on or after September 13, 1994:**

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment or placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

[ X ] The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

**It is the order of the Court that the defendant shall comply with the following standard conditions:**

(1) The defendant shall not leave the judicial district without the permission of the court or probation officer;

(2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

(3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

(4) The defendant shall support his or her dependents and meet other family responsibilities;

(5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

(6) The defendant shall notify the probation officer ten days prior to any change in residence or employment;

(7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

(8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

(9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

(10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer.

(11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

(12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

(13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm your compliance with such notification requirement.

**The special conditions ordered by the Court are as follows:**

1. The defendant shall register with the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, is a student, as directed by the probation office.

2. The defendant shall participate in a sex offender treatment program as directed by the probation office.

3. The defendant is restricted from visitation with individuals who are under 18 years without adult supervision as approved by the probation office.

4. The defendant shall submit his person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of conditions of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches, pursuant to this condition.

5. The defendant shall not possess, or use a computer with access to any 'on-line computer service' at any location (including employment) without the prior written approval of the probation office. This includes any Internet service provider bulletin board system, or any other public or private computer network.

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

(Signed) _____ 01/07/02
Defendant                                      Date

(Signed) _____ 01/07/02
Probation Officer/Witness              Date